JOHN W. HUBER, United States Attorney (#7226)
MARK K. VINCENT, Assistant United States Attorney (#5357)
PAUL D. KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2016 NOV -9  ᗡ 5:01

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case: 2:16-cr-00566 |
| Plaintiff, | Assigned To : Stewart, Ted |
|  | Assign. Date : 11/9/2016 |
|  | Description: USA v. |
| vs. | **INDICTMENT** |
| STEPHEN PLATO MCRAE, | VIOS. 18 U.S.C. § 922(g)(1), Possession of a firearm/ammunition by a restricted person; and 21 U.S.C. § 844(a), Possession of a controlled substance. |
| Defendant. |  |

The Grand Jury charges:

### COUNT 1
### (18 U.S.C. § 922(g)(1))
### (Possession of a Firearm/Ammunition by a Restricted Person)

On or about November 3, 2016, in the Central Division of the District of Utah,

STEPHEN PLATO MCRAE,

-1-

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Springfield 30-40, Model 1898, rifle; and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
### (21 U.S.C. § 844(a))
### (Possession of a Controlled Substance)

On or about November 3, 2016, in the Central Division of the District of Utah,

STEPHEN PLATO MCRAE,

the defendant herein, did knowingly and intentionally possess marijuana, a schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 844(a).

A TRUE BILL:

/S/
_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MARK K. VINCENT
Assistant United States Attorney