AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF THE   District of   UTAH

UNITED STATES OF AMERICA
V.
STEPHEN PLATO MCRAE

**WARRANT FOR ARREST**

Case Number: ~~2:16mj-11-RTB~~

#2:16-mj-555-RTB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   STEPHEN PLATO MCRAE
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation Petition   ☐ Violation Notice

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NOV 10 2016
D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

SEALED

charging him or her with   (brief description of offense)

Felon in Possession of Firearm/Ammunition

in violation of Title   18   United States Code, Section(s)   922(g)(1)

ROBERT T. BRAITHWAITE
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11/2/2016   St. George, Utah  & LaVerkin, UT
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Escalante, Utah

| DATE RECEIVED 11/02/2016 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/03/2016 | Chris Andersen, Special Agent | |